UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: REFCO SECURITIES LITIGATION        07 MDL 1902 (JSR)

GEORGE L. MILLER, Chapter 7 Trustee       Case No. 09-cv-02866-JSR
for the Estate of Suffolk LLC,            **(CONSOLIDATED)**

      Plaintiff,

  v.

| Defendant | Case No. |
|---|---|
| PF SALECO LLC ET AL | 09-cv-02866-JSR |
| TERENCE WILLIAMS | 09-cv-02867-JSR |
| WARNE WORLDWIDE | 09-cv-02868-JSR |
| BRERA CAPITAL PARTNERS, LLC | 09-cv-02870-JSR |
| ADAM N. LYLE | 09-cv-02871-JSR |
| ALLENE CHUNG | 09-cv-02872-JSR |
| ANDREW B. DOUGLASS | 09-cv-02873-JSR |
| ANDRE PEROLD | 09-cv-02874-JSR |
| ANDREW MOLLOY | 09-cv-02875-JSR |
| BRADD KATA | 09-cv-02876-JSR |
| CAROLE SCHEIDT NYSTROM, TTE | 09-cv-02877-JSR |
| MILESTONE VENTURE PARTNERS | 09-cv-02878-JSR |
| CHARLES B. HINTZ | 09-cv-02879-JSR |
| CHRISTIAN FABER | 09-cv-02880-JSR |
| CHRISTOPHER ROSE | 09-cv-02881-JSR |
| CHRISTOPHER SUAN | 09-cv-02882-JSR |
| CHRISTOPHER WELCH | 09-cv-02883-JSR |
| CONNIE HSU | 09-cv-02884-JSR |
| CSFB | 09-cv-02885-JSR |
| DANIEL LEHMANN | 09-cv-02886-JSR |
| DAVID CODY | 09-cv-02887-JSR |
| THE SUAN FAMILY IRREVOCABLE CHILDREN'S TRUST | 09-cv-02888-JSR |
| CAPGEMINI U.S., LLC | 09-cv-02889-JSR |
| DAVID DONNINI | 09-cv-02890-JSR |
| DAVID SALLE | 09-cv-02891-JSR |
| DIEGO WINEGARDNER | 09-cv-02892-JSR |
| DON MURPHY | 09-cv-02893-JSR |
| EDGAR D. JR. JANNOTTA | 09-cv-02894-JSR |
| EDWARD J. KATA | 09-cv-02895-JSR |
| EDWARD J. KATA AND LORRAINE KATA | 09-cv-02896-JSR |
| MILESTONE VENTURE PARTNERS | 09-cv-02897-JSR |
| DONALD J. EDWARDS | 09-cv-02898-JSR |
| FREDERICK W. GLUCK | 09-cv-02899-JSR |

FILED U.S. DC  JAN 13 2011  S.D. OF N.Y.

| | | |
|---|---|---|
| FREDERICK W. GLUCK JR. | : | 09-cv-02900-JSR |
| GLENN KATA | : | 09-cv-02901-JSR |
| GREG AND SUSAN GLUCK | : | 09-cv-02902-JSR |
| GREG PAPPAJOHN | : | 09-cv-02903-JSR |
| GREGG KATA | : | 09-cv-02904-JSR |
| HARRY DAVID PRECHEUR | : | 09-cv-02905-JSR |
| HARRY SHAW | : | 09-cv-02906-JSR |
| HUGH ALLEN | : | 09-cv-02907-JSR |
| ILO LIU | : | 09-cv-02908-JSR |
| INNOVATION INVESTMENTS, LLC | : | 09-cv-02909-JSR |
| JAMES LYNCH | : | 09-cv-02910-JSR |
| JAMES MURRAY, III | : | 09-cv-02911-JSR |
| JAYME COLTER | : | 09-cv-02912-JSR |
| JEFFREY & JILL WEISS | : | 09-cv-02913-JSR |
| JENNIFER KNIGHT | : | 09-cv-02914-JSR |
| JOEL PRESS | : | 09-cv-02915-JSR |
| JOHN E.KORETZ | : | 09-cv-02916-JSR |
| JOSHUA MAILMAN | : | 09-cv-02917-JSR |
| TRUST UAD 12/29/86 FBO TARAN J. DAVIS | : | 09-cv-02918-JSR |
| KINGDOM ASSOCIATES, ET AL | : | 09-cv-02919-JSR |
| LAB MORGAN CORPORATION | : | 09-cv-02920-JSR |
| LISA GLUCK | : | 09-cv-02921-JSR |
| ML IBK POSITIONS, INC. | : | 09-cv-02922-JSR |
| MURRAY CAPITAL | : | 09-cv-02923-JSR |
| NICOLAS J.WILLIAMS | : | 09-cv-02924-JSR |
| ODS HOLDINGS, LTD. | : | 09-cv-02925-JSR |
| PHILIP A.CANFIELD PROFIT-SHARING PLAN FBO SUZANNE LEHMANN | : | 09-cv-02926-JSR 09-cv-02927-JSR |
| RANDALL YANKER TTEE | : | 09-cv-02928-JSR |
| RANDALL YANKER | : | 09-cv-02929-JSR |
| ROBERT HILL | : | 09-cv-02930-JSR |
| ROBERT SUAN | : | 09-cv-02931-JSR |
| RODNEY YANKER | : | 09-cv-02932-JSR |
| RONALD W. FARMER | : | 09-cv-02933-JSR |
| SCOTT KATA | : | 09-cv-02934-JSR |
| STEPHEN FREIDHEIM | : | 09-cv-02935-JSR |
| STEVE SHULMAN | : | 09-cv-02936-JSR |
| SUSAN HAERY STAISIL | : | 09-cv-02937-JSR |
| TARAN J. DAVIES | : | 09-cv-02938-JSR |
| CALPURNIA CAPITAL PARTNERS, L.L.C. | : | 09-cv-02939-JSR |
| CHRISTOPHER SUGRUE | : | 09-cv-02940-JSR |
| CLIFF DESOUZZA | : | 09-cv-02941-JSR |
| ILF HJELM (ULF HJELM) | : | 09-cv-02942-JSR |
| KOCH VENTURES, INC. | : | 09-cv-02943-GEL |
| PEACHTREE EQUITY PARTNERS, L.P. | : | 09-cv-02944-JSR |
| TODD KATA | : | 09-cv-02945-JSR |

| | | |
|---|---|---|
| VINCENT J. HEMMER | : | 09-cv-02946-JSR |
| WALTER NOEL, JR | : | 09-cv-02947-JSR |
| WILLIAM KESSINGER | : | 09-cv-02948-JSR |
| CAMERON HIGHLANDS | : | 09-cv-02949-JSR |
| CAPITAL STRUCTURE ARBITRAGE | : | 09-cv-02950-JSR |
| DAVID BROWN | : | 09-cv-02951-JSR |
| EXCOLATOR | : | 09-cv-02952-JSR |
| GAD CORP. | : | 09-cv-02953-JSR |
| GREENVIEW INVESTMENTS, INC. | : | 09-cv-02954-JSR |
| HATEM EL NASER | : | 09-cv-02955-JSR |
| KENNETH SHEN | : | 09-cv-02956-JSR |
| SENECA, INC. | : | 09-cv-02957-JSR |
| SUMMERLAND LTD. | : | 09-cv-02958-JSR |
| Defendants. | : | |

## NOTICE OF APPEAL

Notice is hereby given that George L. Miller, Chapter 7 Trustee for the Estate of Suffolk, LLC, the Plaintiff in the above-captioned consolidated cases, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in these actions on the 15th day of December, 2010.

CIARDI CIARDI & ASTIN

*(signature)*

Rick A. Steinberg (RS-7396)
100 Church Street, 8th Floor
New York, NY 10007
Telephone: (646) 485-0605
Facsimile: (646) 688-4385
Rsteinberg@ciardilaw.com

and

Albert A. Ciardi, III
Carl Singley
Ciardi Ciardi & Astin
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA 19103

*Attorneys for Plaintiff*

Dated: January 13, 2011