IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | : | 07-MDL No. 1902 (JSR) |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC, | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | Index Nos.: |
| PF SALECO LLC ET AL[1] | : | 09-cv-02866-JSR |
| Defendants. | : | **CERTIFICATE OF SERVICE OF NOTICE OF APPEAL** |

## CERTIFICATE OF SERVICE

I, Rick A. Steinberg, Esquire, pursuant to 28 U.S.C. Sec. 1746, hereby certify that I am counsel for the Plaintiff. On January 13, 2011, I caused a true and correct copy of the foregoing notice of Appeal to be served via U.S. first class mail, postage prepaid upon the parties listed on the attached list.

Dated: January 13, 2011

                                                */s/ Rick A. Steinberg*
                                                Rick A. Steinberg (RS-7396)
                                                Ciardi Ciardi & Astin
                                                100 Church Street, 8th Floor
                                                New York, NY 10007
                                                (646) 485.0605
                                                and

                                                Albert A. Ciardi, III
                                                Carl Singley
                                                Ciardi Ciardi & Astin
                                                One Commerce Square
                                                2005 Market Street, Suite 1930
                                                Philadelphia, PA 19103

                                                Attorneys for the Plaintiff

---

[1] Cases 09-cv-02866 through 09-cv-02958 as consolidated under case number 09-cv-02866 by Court order.