MANDATE

N.Y.S.D. Case #
09-cv-2866(JSR)

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of May, two thousand and eleven,

_____

George Miller, Chapter 7 Trustee for the Eastate of Suffolk,

Plaintiff - Appellant,

v.

PF Saleco LLC, Gryphon Holdings II, LLP, SMS Securities, Bruce Rauner, Charles Dill, Donald Rosenfeld, Michael Donahue, B. Douglas Morris, John S. Wehrle, HF Investments AG, PF Representative LLC, Gryphon Holdings, L.P., Terrence Williams, Warne Worldwide, Brera Capital Partners, LLC, Adam N. Lyle, Allene Chung, Andrew B. Douglass, Andrew Molloy, Bradd Kata, Carole Scheidt Nystrom, TTE, Milestone Venture Partners, Charles B. Hintz, Christian Faber, Christopher Rose, Christopher Suan, Christopher Welch, Connie Hsu, CSFB, AKA Credit Suisse First Boston Next Fund, Inc., Daniel Lehmann, David Cody, The Suan Family Irrevocable Children's Trust, Capgemini U.S., LLC, David Donnini, David Salle, Diego Winegardner, Don Murphy, Edgar D. Janotta, Jr., Edward J. Kata, Lorraine Kata, Donald J. Edwards, Frederick W. Gluck, Frederick W. Gluck, Glenn Kata, Greg Papajohn, Susan Gluck, Gregg Kata, Harry David Precheur, Harry Shaw, Hugh Allen, Llo Liu, Innovation Investment, LLC, James Lynch, James Murray, III, Jayme Colter, Jeffrey Weiss, Jill Weiss, Jennifer Knight, Joel Press, John E. Koretz, Joshua Mailman, Taran J. Davis, Trust Uad12/29/86, Kingdom Associates,

ORDER
Docket Number: 11-141

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 01, 2011

MANDATE ISSUED ON 08/01/2011

Kingdom Partners, Kingdon Family Partnership, M. Kingdon Offshore NV, LAB Morgan Corporation, Lisa Gluck, ML IBK Positions, Inc., Murray Capital, Nicolas Williams, ODS Holdings, Ltd., Philip A. Canfield, Profit Sharing Plan F/B/O Suzanne Lehmann, Randall Yanker TTEE, Randall Yanker, Robert Hill, Robert Suan, Rodney Yanker, Ronald W. Farmer, Scott Kata, Stephen Freidheim, Steve Shulman, Susan Haery Staisil, Taran J. Davies, Calpurnia Capital Partners, L.L.C., Christopher Sugrue, Cliff DeSouzza, Ulf Hjelm, Koch Ventures, Inc., Peachtree Equity Partners, L.P., Todd Kata, Vincent J. Hemmer, Walter Noel, Jr., William Kessinger, Cameron Highlands, Capital Structure Arbitrage Funding Ltd., David Brown, Excolator, Gad Corp., Greenview Investments, Inc., Hatem El Naser, Kenneth Shen, Seneca, Inc., Summerland Ltd., Andre Perold,

Defendants - Appellees.

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

The stipulations are hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit